UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In re:

DEDEE DIANA BRAKHAHN,　　　　　　　　　　　　Case No. 17-13039-ta7

　　　　Debtor.

## ORDER DENYING DEBTOR'S MOTION TO COMPEL TRUSTEE'S ABANDONMENT OR DISPOSITION OF PROPERTY

This matter came before the Court on Debtor's Motion to Compel Trustee's Abandonment or Disposition of Property, filed April 5, 2018, doc. 31 (the "Motion."). Being sufficiently advised, the Court hereby finds that the Motion is moot. The motion is therefore DENIED as moot.

_____
Hon. David T. Thuma
United States Bankruptcy Judge

Entered: May 23, 2019

Copies to: electronic notice recipients